Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
LAW OFFICES OF LINCOLN BANDLOW, PC
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 76.171.73.117,<br><br>   Defendant. | Case Number: 8:19-cv-00152-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.171.73.117** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.171.73.117, are voluntarily dismissed without prejudice.

Dated:  July 26, 2019            Respectfully submitted,

                     By: /s/ *Lincoln D. Bandlow*
                     Lincoln D. Bandlow, Esq.
                     LAW OFFICES OF LINCOLN BANDLOW, PC
                     *Attorney for Plaintiff*